UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMILLA BARLOW, INDIVIDUALLY AND ON BHALF OF THOSE SIMILARLY SITUATED | CIVIL ACTION NO.:   10-00834 |
| | JUDGE BRADY |
| VERSUS | |
| SAFETY NATIONAL CASUALTY CORPORATION, SINGLETARY & ASSOCIATES, A P.L.C., COMMERCIAL SURETY CONSULTANTS, INC. AND FINANCIAL RECOVERY AGENCY, INC. | MAGISTRATE REIDLINGER |

### NOTICE OF DISMISSAL

NOW INTO COURT, through undersigned counsel comes Camilla Barlow, individually and on behalf of those similarly situtuated who voluntarily dismisses the above referenced matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i).


Respectfully Submitted By:

_____
Andre P. LaPlace (LBRN 8039)
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone (225) 924-6898
Facsimile (225) 924-6877

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Discovery has been forwarded to all counsel of record via U.S. Mail, postage prepaid, this 22nd day of March, 2010.

_____
ANDRE P. LaPLACE